Sangeetha M. Raghunathan (State Bar No. 229129)
Lucas W. Huizar (State Bar No. 227111)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
MARCELINO RAMOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO RAMOS,<br><br>  Plaintiff,<br><br>vs.<br><br>JEANNE WOODFORD, et. al.<br><br>  Defendants. | Case No. 3:95-CV-02772-MJJ<br><br>**STIPULATION TO CONTINUE JUNE 2, 2006 DISCOVERY DEADLINE AND TO CONTINUE OTHER PRETRIAL DEADLINES; [PROPOSED] ORDER**<br><br>Date: N/A    ** - SEE DATES**<br>Time: N/A<br>Dept: **Courtroom 11, 19th Floor**<br>Judge: **The Honorable Martin J. Jenkins** |

WHEREAS, pursuant to the Court's July 26, 2005 Order [Docket No. 79], the Court has established the following deadlines in this action:

June 2, 2006 – fact discovery cut-off

June 9, 2006 – designation of experts

June 19, 2006 – last day to serve expert reports

June 30, 2006 - designation of supplemental/rebuttal experts

June 30, 2006 – last day to serve supplemental/rebuttal expert reports

July 7, 2006 – expert discovery cut-off

August 4, 2006 – last day to file dispositive motions

September 12, 2006 – last day for hearing on dispositive motions

October 2006 – settlement conference

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ

18656\923647.2

1  November 28, 2006 – pretrial conference

2  December 4, 2006 – trial

3  WHEREAS, plaintiff only completed serving the defendants on January 13, 2006, which
4  hampered plaintiff's ability to engage in discovery until after such time as the defendants had
5  been properly served;

6  WHEREAS, all defendants have now all been properly served but discovery has only
7  recently commenced;

8  WHEREAS, the parties are still in the process of conducting document discovery and
9  anticipate taking at least ten depositions prior to the close of fact discovery; and

10  WHEREAS, counsel for plaintiff are involved in trials commencing in April and May,
11  2006[1] making completing fact discovery prior to the current June 2, 2006 cut-off impracticable,

12  IT IS HEREBY STIPULATED by and between the parties hereto through their respective
13  attorneys of record and subject to approval by the Court, that the Court's July 26, 2005
14  Scheduling Order shall be modified to provide the parties an additional time to complete fact
15  discovery, as follows:

16  August 31, 2006 – fact discovery cut-off

17  September 7, 2006 – last day to designate experts and to serve expert reports

18  September 28, 2006 – last day to designate of supplemental/rebuttal experts and to
19  serve supplemental/rebuttal expert reports

20  October 20, 2006 – expert discovery cut-off

21  November 15, 2006 – last day to file dispositive motions

22  December 20, 2006 – last day for hearing on dispositive motions

23  January 2007 – settlement conference

24  February 26, 2007 – pretrial conference

25  March 5, 2007 – trial

---

[1] Specifically, Ms. Raghunathan is involved in *Atmel v. St. Paul*, Case No. C 04 4082 SI, which is scheduled for trial on May 8, 2006 before Judge Illston and Mr. Huizar is involved in *Chiron v. SourceCF*, Case No. C 05-01938 WHA, which is scheduled for trial on April 17, 2006 before Judge Alsup. Ms. Tewksbury, who had also represented Mr. Ramos, recently left Farella Braun + Martel for a position with the Department of Justice, Antitrust Division.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ

- 2 -

18656\923647.2

Alternatively, the parties further request a telephonic status conference with the Court to address the pretrial schedule in this matter.

IT IS SO STIPULATED.

DATED: April 19, 2006         FARELLA BRAUN & MARTEL LLP

By: /s/
Sangeetha M. Raghunathan

Attorneys for Plaintiff
MARCELINA RAMOS

DATED: April 19, 2006         DEPUTY ATTORNEY GENERAL

By: /s/
Trace Maiorino

Attorney for Defendants
JEANNE WOODFORD, et. al.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ

- 3 -

18656\923647.2

1 **[PROPOSED] ORDER**

2 Based upon the foregoing stipulation, and for good cause appearing,

3 (1) the Court's July 26, 2005 Scheduling Order is hereby modified as follows:

4 August 31, 2006 – fact discovery cut-off

5 August 31, 2006 ~~September 7, 2006~~ – last day to designate experts and to serve expert reports

6 September 14, 2006 ~~September 28, 2006~~ – last day to designate of supplemental/rebuttal experts and

7 to serve supplemental/rebuttal expert reports

8 September 28, 2006 ~~October 20, 2006~~ – expert discovery cut-off

9 November 2, 2006 ~~November 15, 2006~~ – last day to ~~file dispositive motions~~ hear motions

10 ~~December 20, 2006 – last day for hearing on dispositive motions~~

11 November 2006 ~~January 2007~~ – settlement conference with Magistrate Judge Chen

12 November 28, 2006 at 3:30 p.m. - Pretrial Conference ~~February 26, 2007 - pretrial conference at 3:30 p.m.~~

13 December 4, 2006 at 8:30 a.m. - Trial ~~March 5, 2007 – trial at 8:30 a.m.~~

15 IT IS SO ORDERED

17 DATED: 5/10/2006

Honorable Martin J. Jenkins

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ

- 4 -

18656\923647.2