1  Sangeetha M. Raghunathan (State Bar No. 229129)
   Lucas W. Huizar (State Bar No. 227111)
2  Farella Braun & Martel LLP
   Russ Building
3  235 Montgomery Street
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5
   Attorneys for Plaintiff
6  MARCELINO RAMOS

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARCELINO RAMOS,                    | Case No. 3:95-CV-02772-MJJ
12 |         Plaintiff,                  | AMENDED
   |                                     | **STIPULATION TO CONTINUE JUNE 2,
13 |     vs.                             | 2006 DISCOVERY DEADLINE AND TO
   |                                     | CONTINUE OTHER PRETRIAL
14 | JEANNE WOODFORD, et. al.            | DEADLINES; [PROPOSED] ORDER**
15 |         Defendants.                 | Date:  N/A        *SEE NEW DATES
   |                                     | Time:  N/A
16 |                                     | Dept:  Courtroom 11, 19th Floor
   |                                     | Judge: The Honorable Martin J. Jenkins

17

18     WHEREAS, pursuant to the Court's July 26, 2005 Order [Docket No. 79], the Court has

19 established the following deadlines in this action:

20         June 2, 2006 – fact discovery cut-off

21         June 9, 2006 – designation of experts

22         June 19, 2006 – last day to serve expert reports

23         June 30, 2006 - designation of supplemental/rebuttal experts

24         June 30, 2006 – last day to serve supplemental/rebuttal expert reports

25         July 7, 2006 – expert discovery cut-off

26         August 4, 2006 – last day to file dispositive motions

27         September 12, 2006 – last day for hearing on dispositive motions

28         October 2006 – settlement conference

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ

18656\923647.2

1         November 28, 2006 – pretrial conference

2         December 4, 2006 – trial

3   WHEREAS, plaintiff only completed serving the defendants on January 13, 2006, which hampered plaintiff's ability to engage in discovery until after such time as the defendants had been properly served;

  WHEREAS, all defendants have now all been properly served but discovery has only recently commenced;

  WHEREAS, the parties are still in the process of conducting document discovery and anticipate taking at least ten depositions prior to the close of fact discovery; and

  WHEREAS, counsel for plaintiff are involved in trials commencing in April and May, 2006[1] making completing fact discovery prior to the current June 2, 2006 cut-off impracticable,

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record and subject to approval by the Court, that the Court's July 26, 2005 Scheduling Order shall be modified to provide the parties an additional time to complete fact discovery, as follows:

        August 31, 2006 – fact discovery cut-off

        September 7, 2006 – last day to designate experts and to serve expert reports

        September 28, 2006 – last day to designate of supplemental/rebuttal experts and to serve supplemental/rebuttal expert reports

        October 20, 2006 – expert discovery cut-off

        November 15, 2006 – last day to file dispositive motions

        December 20, 2006 – last day for hearing on dispositive motions

        January 2007 – settlement conference

        February 26, 2007 – pretrial conference

        March 5, 2007 – trial

---

[1] Specifically, Ms. Raghunathan is involved in *Atmel v. St. Paul*, Case No. C 04 4082 SI, which is scheduled for trial on May 8, 2006 before Judge Illston and Mr. Huizar is involved in *Chiron v. SourceCF*, Case No. C 05-01938 WHA, which is scheduled for trial on April 17, 2006 before Judge Alsup. Ms. Tewksbury, who had also represented Mr. Ramos, recently left Farella Braun + Martel for a position with the Department of Justice, Antitrust Division.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ

- 2 -

18656\923647.2

| | |
|---|---|
| 1 | Alternatively, the parties further request a telephonic status conference with the Court to address the pretrial schedule in this matter. |
| 2 | |
| 3 | IT IS SO STIPULATED. |
| 4 | DATED: April 19, 2006  FARELLA BRAUN & MARTEL LLP |
| 5 | |
| 6 | By: /s/  Sangeetha M. Raghunathan |
| 7 | Attorneys for Plaintiff MARCELINA RAMOS |
| 8 | |
| 9 | |
| 10 | DATED: April 19, 2006  DEPUTY ATTORNEY GENERAL |
| 11 | |
| 12 | By: /s/  Trace Maiorino |
| 13 | Attorney for Defendants JEANNE WOODFORD, et. al. |

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ
- 3 -
18656\923647.2

|   | **[PROPOSED] ORDER** |
|---|---|
| 1 | |

Based upon the foregoing stipulation, and for good cause appearing,

(1) the Court's July 26, 2005 Scheduling Order is hereby modified as follows:

>August 31, 2006 – fact discovery cut-off

>September 7, 2006 – last day to designate experts and to serve expert reports

>September 28, 2006 – last day to designate of supplemental/rebuttal experts and to serve supplemental/rebuttal expert reports

>October 20, 2006 – expert discovery cut-off

>November 15, 2006 – last day to file dispositive motions

>December 19, 2006 – last day for hearing on dispositive motions

>January 2007 – settlement conference

>February 27, 2007 – pretrial conference

>March 5, 2007 – trial

IT IS SO ORDERED

DATED: 5/11/2006

_____
Honorable Martin J. Jenkins

---

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
TRIAL DATE
CASE NO. 3:95-CV-02772-MJJ

- 4 -

18656\923647.2