Lucas W. Huizar (State Bar No. 227111)
Chrysty G. Esperanza (State Bar No. 227019)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff
MARCELINO RAMOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINO RAMOS,<br><br>               Plaintiff,<br><br>vs.<br><br>JEANNE WOODFORD, et. al.<br><br>               Defendants. | Case No. 3:95-CV-02772-MJJ<br><br>**STIPULATION TO CONTINUE THE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>Date:    October 3, 2006<br>Time:   9:30 a.m.<br>Dept:   Courtroom 11, 19th Floor<br>Judge:  The Honorable Martin J. Jenkins |

    WHEREAS, Defendants have filed their Motion to Dismiss for Failure to Exhaust Administrative Remedies to be heard on September 26, 2006;

    WHEREAS, the Court has rescheduled Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies to be heard on October 3, 2006 at 9:30 a.m.;

    WHEREAS, Plaintiff's Opposition to Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies is due to be filed on September 5, 2006;

    WHEREAS, pursuant to the Court's May 11, 2006 Order [Docket No. 85], the Court has established an August 31, 2006 fact discovery cut-off date;

    WHEREAS, since the Court's Order of May 11, 2006, the parties have diligently pursued discovery in this matter;

    WHEREAS, the deposition of Plaintiff has concluded;

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
DEF.'S MOTION TO DISMISS
CASE NO. 3:95-CV-02772-MJJ

18656\1040352.1

1  WHEREAS, there are seventeen Defendants named in this matter;

2  WHEREAS, many of the Defendants are retired and reside in various parts of the state;

3  WHEREAS, the depositions of Defendants Wooten, Lawson, Burke, Lipkowitz and Carl
4  have concluded;

5  WHEREAS, the depositions of Defendants Reese, Lindsey, Nelson, and Holmstrom are
6  currently scheduled for August 23rd, August 24th, August 30th, and August 31st respectively;

7  WHEREAS, the depositions of Defendants Bard, Brau, Campbell and Dixon are being
8  scheduled for currently available dates in August and early September;

9  WHEREAS, the parties are meeting and conferring regarding the depositions of
10 Defendants Woodford, Calderon, Melching and Gomez and the Defendants have reserved their
11 right to bring, and may bring, a motion for a protective order regarding these Defendants; and

12 WHEREAS, it is impracticable for Plaintiff's counsel to adhere to the current briefing
13 schedule regarding Defendants' Motion to Dismiss for Failure to Exhaust Administrative
14 Remedies and conduct the remaining depositions in a timely fashion.

15 IT IS HEREBY STIPULATED by and between the parties hereto through their respective
16 attorneys of record and subject to approval by the Court, that the hearing regarding Defendants'
17 Motion to Dismiss for Failure to Exhaust Administrative Remedies be continued to October 24,
18 2006. Plaintiff's Opposition to the Motion to Dismiss shall be due October 3, 2006. Defendants'
19 Reply shall be due October 10, 2006.

21 IT IS SO STIPULATED.

22 DATED: August 22, 2006                FARELLA BRAUN & MARTEL LLP

24                                        By:_____/s/_____
                                              Lucas W. Huizar

25                                        Attorneys for Plaintiff
                                          MARCELINO RAMOS

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
DEF.'S MOTION TO DISMISS
CASE NO. 3:95-CV-02772-MJJ

- 2 -

18656\1040352.1

1 DATED: August 2, 2006

DEPUTY ATTORNEY GENERAL

By: /s/ Trace Maiorino
Trace Maiorino

Attorney for Defendants
JEANNE WOODFORD, et. al.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
DEF.'S MOTION TO DISMISS
CASE NO. 3:95-CV-02772-MJJ

- 3 -

18656\1040352.1

1

## [PROPOSED] ORDER

2   Based upon the foregoing stipulation, and for good cause appearing,

3   The hearing regarding Defendants' Motion to Dismiss for Failure to Exhaust

4   Administrative Remedies shall be continued to October 24, 2006. Plaintiff's Opposition Brief

5   shall be due October 3, 2006, and Defendants' Reply Brief shall be due October 10, 2006.

6

7   IT IS SO ORDERED.

8

9

10   DATED: 9/5/2006                    _____

11                                      Honorable Martin J. Jenkins

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND ORDER CONTINUING
DEF.'S MOTION TO DISMISS
CASE NO. 3:95-CV-02772-MJJ

- 4 -

18656\1040352.1