1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   THOMAS S. PATTERSON
    Supervising Deputy Attorney General
5   TRACE O. MAIORINO, State Bar No. 179749
    Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5975
     Fax:  (415) 703-5843
8    Email:  Trace.Maiorino@doj.ca.gov

9   Attorneys for Defendants Melching, Woodford,
    Gomez, Brau, Lawson, Holmstrom, Lipkowitz,
10  Calderon, Wooten, Dixon, Lindsey, Bard, Nelson,
    Reese, Campbell, Carl, N. Burke, and R. Sanchez

11

12          IN THE UNITED STATES DISTRICT COURT

13        FOR THE NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

16  **MARCELINO RAMOS,**                        C 95-2772 MJJ

17                              Plaintiff,       **STIPULATION AND
                                                 [PROPOSED] ORDER OF**
18               **v.**                          **DISMISSAL**

19  **JAMES GOMEZ, et al.,**

20                           Defendants.

21

22      The parties have reached a resolution in this action and agree to the following:

23      A.   Decedent Marcelino Ramos (Decedent) filed two separate complaints in the United

24           States District Court for the Northern District of California against Defendants

25           Melching, Woodford, Gomez, Brau, Lawson, Holmstrom, Lipkowitz, Calderon,

26           Wooten, Dixon, Lindsey, Bard, Nelson, Reese, Campbell, Carl, N. Burke, and R.

27           Sanchez (Defendants) all of whom are California Department of Corrections and

28           Rehabilitation (CDCR) employees, or former employees.  First, on August 1, 1995,

Stip. & [Prop.] Order Dismissal                    *Marcelino Ramos v. James Gomez, et al.*
                                                              *C 95-2772 MJJ*

1    Decedent filed a Complaint in action no. 95-2772.  On December 27, 1995, he filed a

2    First Amended Complaint in action no. 95-2772.  Next, on December 6, 1995,

3    Decedent filed a Complaint in action no. 95-4347.  On July 20, 2000, the Court

4    consolidated action nos. 95-2772 and 95-4347, and designated action no. 95-2772 as

5    the action number for the consolidated matter.  (Ct. Docket No. 36.)  Finally, Decedent

6    filed a Second Amended Complaint on February 16, 2005 in action no. 95-2772.  (Ct.

7    Docket No. 66.)

8    B.    In his Second Amended Complaint, Decedent alleged that he had been deprived of the

9    protections afforded him under the First, Eighth, and Fourteenth Amendments of the

10   United States Constitution from 1993 to 2005 while incarcerated at California State

11   Prison at San Quentin (San Quentin).  Decedent alleged that he was wrongfully

12   assigned to San Quentin's Condemned Inmate Grade B Status without a legitimate

13   penological goal by Defendants.  Additionally, Decedent alleged that his equal

14   protection rights were violated and that he was discriminated against because of his

15   race.  Decedent also alleged that Defendants retaliated against him for exercising his

16   rights under the First Amendment to the United States Constitution.  Decedent further

17   alleged that Defendants violated his rights under the California Code of Regulations

18   title 15, Sections 3336-3339, California Penal Code Sections 2600, 2601(b), 2601(d),

19   2079, and 5052, and California Government Code Section 844.6(d).  Defendants

20   expressly deny any and all liability.

21   C.    The parties filed a Notice of Settlement on December 18, 2006, advising the Court that

22   the parties had reached a full and final settlement of this action.  (Ct. Docket No. 102.)

23   Decedent died on January 22, 2007.  A Suggestion of Death was filed on January 25,

24   2007.  (Ct. Docket No. 103.)

25   / / /

26   / / /

27   / / /

28   / / /

Stip. & [Prop.] Order Dismissal

*Marcelino Ramos v. James Gomez, et al.*
C 95-2772 MJJ

D.   The parties seek to fully resolve all matters that were or could have been asserted in this action. Therefore, they now enter into this stipulation in order to fully settle and discharge all claims that are, or might have been, the subject matter of the action, upon the terms and conditions set forth below.

IN ACCORDANCE WITH THE FULL AND FINAL SETTLEMENT OF THIS ACTION, THE PARTIES STIPULATE AS FOLLOWS:

1.   Decedent agreed to the voluntary dismissal with prejudice of the above-captioned action under Rule 41(a) of the Federal Rules of Civil Procedure.

2.   In consideration for a release of all claims and a stipulation of dismissal in this action, the CDCR, on behalf of Defendants, agrees to pay Decedent five-hundred dollars and no cents ($500.00).

3.   At the time that attorneys for Decedent sign this stipulation, a signed Payee Data Record form shall also be returned to the attorneys for Defendants. Upon receipt of the executed Stipulation and Order of Dismissal and Payee Data Record Form, CDCR will have up to ninety days to issue the settlement payment check

4.   At the time of settlement, Decedent expressly waived and assumed the risk of any and all claims for damages that existed as of the date of the settlement, but that he did not know or suspect to exist, whether through ignorance, oversight, error, negligence, or otherwise, and which, if known, would materially affect his decision to enter into this settlement agreement. Decedent had read the contents of section 1542 of the Civil Code of the State of California, or they were read to him, and expressly waived the benefits of this section. Section 1542 reads as follows: "A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor."

/ / /

/ / /

/ / /

Stip. & [Prop.] Order Dismissal

*Marcelino Ramos v. James Gomez, et al.*
C 95-2772 MJJ

3

5. In consideration of the obligations set forth in Paragraph 2, Decedent had completely released and forever discharged Defendants, all served and unserved defendants, CDCR, San Quentin, and any unnamed defendants, from any and all claims that are the subject of the action as alleged in Decedent's Complaint, as identified in Paragraph A, that are based on, related to, or derived from the alleged acts or omissions of Defendants, CDCR, or San Quentin as alleged in Decedent's complaints filed in this action.

6. Under California Penal Code Section 2085.5, all outstanding restitution orders and fines must first be paid directly from this settlement. The restitution fines and fees, if any, shall be deducted from the settlement proceeds, and the remainder of the settlement amount will be issued by check payable to Decedent or to his estate. At this time, neither party is aware of any restitution or other fees owed.

7. This agreement does not constitute an admission of liability or any wrongdoing on behalf of any party.

8. Each party shall bear his own attorneys' fees and costs.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

Stip. & [Prop.] Order Dismissal

*Marcelino Ramos v. James Gomez, et al.*
C 95-2772 MJJ

4

9. This stipulation shall constitute the entire agreement between the parties arising from the allegations alleged in this action, and it is expressly understood and agreed that this stipulation has been freely and voluntarily entered into by all parties. It may not be altered, amended, modified, or otherwise changed in any respect except by writing duly executed by the parties to this agreement.

IT IS SO STIPULATED.

Date: _November 1, 2007_                  FARELLA BRAUN & MARTEL LLP

                                          By: _____
                                              Lucas W. Huizar
                                              Attorneys for Decedent Marcelino Ramos


Date: _11/1/07_                           Attorney General's Office

                                          By: _____
                                              Trace O. Maiorino
                                              Deputy Attorney General
                                              Attorneys for Defendants Melching,
                                              Woodford, Gomez, Brau, Lawson,
                                              Holmstrom, Lipkowitz, Calderon,
                                              Wooten, Dixon, Lindsey, Bard, Nelson,
                                              Reese, Campbell, Carl, N. Burke, and R.
                                              Sanchez

                                    **ORDER**

IT IS HEREBY ORDERED that this case against Defendants shall be dismissed with prejudice.

IT IS SO ORDERED.

Dated: _11/06/07_                        THE HONORABLE MARTIN J. JENKINS
                                         District Court Judge



Stip. & [Prop.] Order Dismissal          Marcelino Ramos v. James Gomez, et al.
                                         C 95-2772 MJJ

5